HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ANDRE B. YOUNG,<br><br>            Petitioner,<br><br>      v.<br><br>HENRY RICHARDS, et al., Superintendent Special Commitment Center, SCC,<br><br>            Respondents. | Case No. C05-5032<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for a Certificate of Appealability pursuant to Circuit Rule 22-1(c).

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Petitioner seeks a Certificate of Appealability. A Certificate of Appealability is required in order for a petitioner to appeal the denial of a motion under 28 U.S.C. § 2254. Petitioner does not indicate in his voluminous briefing which case of his nearly 50 opened in this Court over the last 17 years is the habeas corpus case in which he seeks a Certificate of Appealability. Therefore, this motion is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 28th day of September, 2005.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1